IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**PETER BAPTISTE,**

    **Petitioner,**

**v.**                                                             Case No. 4:24-cv-273-AW-HTC

**RICKY DIXON,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Peter Baptiste filed a § 2254 petition challenging his conviction and sentence. ECF No. 1. In a thorough and comprehensive report and recommendation, the magistrate judge recommends that the court deny the petition and deny a certificate of appealability. ECF No. 10. Baptiste has filed no objections.

Having carefully considered the matter, I agree with the magistrate judge. I now adopt the report and recommendation and incorporate it in full into this order.

The clerk will enter a judgment that says, "The § 2254 petition is denied." A certificate of appealability is DENIED. The clerk will close the file.

SO ORDERED on July 28, 2025.

                                        s/ *Allen Winsor*
                                        Chief United States District Judge